IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PURCELL LAMAR BAGLEY,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4769

Opinion filed December 18, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Purcell Lamar Bagley, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DISMISSED. Fla. R. App. P. 9.100(c)(1).

LEWIS, C. J., VAN NORTWICK and ROWE, JJ., CONCUR.